UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MAKEIA MCFADDEN | ) | Case No.: **1:16-cv-00156-LDH-RER** |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| -against- | ) | pursuant to FRCP 41(a)(1)(A)(ii). |
| | ) | |
| COLLINS ASSET GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action, by and through their undersigned counsel, that whereas the parties have reached an agreement to settle, this action is hereby dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 8, 2016

| | |
|---|---|
| */s/Matthew Sarles* | */s/Arthur Sanders* |
| Matthew Sarles | Arthur Sanders |
| RC Law Group, PLLC | Barron & Newburger, P.C. |
| 285 Passaic Street | 30 South Main Street |
| Hackensack, NJ 07601 | New City, NY 10956-3515 |
| 201-282-6500 | 845-499-2990 |
| msarles@rclawgroup.com | asanders@arthursanderslaw.com |